JEAN S. BLUMENFELD, PETITIONER-RESPONDENT, v. RUST CRAFT GREETING CARDS, INC., RESPONDENT-PETITIONER.

See same case below: 94 *N. J. Super.* 584.

*Mr. John W. Taylor* and *Mr. Everitt Rhinehart* for the petitioner.

*Messrs. Egner & Beatty* for the respondent.

June 30, 1967. Granted.

EDWARD GILDNER, PLAINTIFF-PETITIONER, v. WILLIAM I. LIEBESMAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Thomas F. Shebell* and *Mr. Thomas F. Shebell, Jr.* for the petitioner.

*Messrs. Campbell, Mangini, Foley & Lee* and *Mr. Michael J. Cernigliaro* for the respondents.

June 30, 1967. Denied.

MERTON R. KALLMAN, *ET AL.*, PLAINTIFFS-PETITION-ERS, v. WILLIAM W. DUNLOP, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Goodman & O'Dea* and *Mr. Roger W. Breslin, Jr.* for the petitioners.

*Mr. Jacob Schneider* and *Mr. Walter T. Wittman* for the respondents.

June 30, 1967. Denied.